

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-01087-CV

ARNOLD J. WEBRE, JR. AND JO KATHRYN GROSS, Appellants

V.

RAY BLACK, JR., GUARDIAN OF THE ESTATE OF ARNOLD J. WEBRE, SR., AN INCAPACITATED PERSON, Appellee

Appeal from the Probate Court No. 2 of Harris County. (Tr. Ct. No. 394,381).

**TO THE PROBATE COURT NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 13th day of January 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on October 25, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

> The Court **orders** that the appellee, Ray Black, Jr., Guardian of the Estate of Arnold J. Webre, Sr., an Incapacitated Person, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 13, 2015.

Panel consists of Chief Justice Radack and Justices Massengale and Huddle. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 27, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

